UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZACHARY DON GILLASPIE, ) <br> ID # C35470, ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> ROBERT WARD, ET AL., ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:16-CV-2765-G (BH) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

By separate judgment, the claims against defendants Robert Ward, Trey Brown, David Vernon, and Lisa Powell will be dismissed with prejudice as frivolous until the plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

**SO ORDERED**.

October 2, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**