IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACHARY DON GILLASPIE, | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 3:16-CV-2765-G (BH) |
| | ) | |
| ROBERT WARD, et al., | ) | |
|     Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the plaintiff's *Fed. R. Civ. P. 60(b) against judgment*, received on March 21, 2019 (docket entry 42), is **CONSTRUED** as a successive petition and **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. The clerk of court is **DIRECTED** to: (1) terminate the motion in this civil rights case; (2) open a new habeas case for administrative purposes only; (3) docket the motion in that new case as a § 2254 petition filed on March 21, 2019; (4) directly assign the new case to the same district judge and magistrate judge as in this case; (5) file a copy of the findings, conclusions, and recommendation of the United States Magistrate Judge, and the order accepting the

findings, conclusions, and recommendation in the new case; and (6) without further judicial action, immediately **TRANSFER** the newly opened § 2254 action to the United States Court of Appeals for the Fifth Circuit under *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

    **SO ORDERED.**

April 12, 2019.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**